# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ARGENTINA MESA

VERSUS

UNITED STATES OF AMERICA

CIVIL ACTION

25-262-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Richard L. Bourgeois, Jr. dated May 19, 2025, to which no *Objection* has been filed

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS** ORDERED that Plaintiff's case is dismissed with prejudice, for failure to state a claim upon which relief can be granted.

Signed in Baton Rouge, Louisiana, on this 24 day of June, 2025.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 3.